# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 04, 2026

SEAN F. McAVOY, CLERK

U.S.A. vs.    Prichard, Jennifer Cheri    Docket No.    0980 4:18CR06044-EFS-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Jennifer Cheri Prichard, who was placed under pretrial release supervision by the Honorable Alexander C. Ekstrom sitting in the court at Richland, on the 27th day of February 2026, under the following conditions:

**Defendant shall be released on the previously imposed conditions of supervised release pending the revocation hearing:**

**Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Magistrate Conditions of Release:**

**Home Incarceration:** Defendant shall be restricted to her residence at all times, except for medical necessities and court appearances or other activities specifically approved by the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Ms. Prichard is alleged to be in violation of release conditions by failing to comply with home incarceration requirements by deviating from the approved schedule on or about February 27, 2026.

On February 27, 2026, a United States probation officer reviewed location monitoring and home incarceration requirements. Ms. Prichard was instructed to go directly to her residence immediately following her release from the jail. Ms. Prichard was later released from the jail on this same date. In should be noted, that  the same individuals whom she was initially with at the time she was arrested on the outstanding supervised release petition warrant, Benjamin Rowell, was the  person who picked her up from the jail.  On her way to her residence, Mr. Rowell and Ms. Prichard stopped at a Circle K Convenience Store located at 5301 West Canal Drive Kennewick, Washington. She admitted to making this stop at her request to get a drink because she was parched and the jail did not provide her with water.

Ms. Prichard did not have permission to stop at this location.

**Violation #2:** Ms. Prichard is alleged to be in violation of release conditions by having used a controlled substance, cocaine, on or about March 3, 2026.

On March 4, 2026, Ms. Prichard admitted to a United States probation officer to having used cocaine the day before on March 3, 2026. She signed a drug use admission form.

**Violation #3:** Ms. Prichard is alleged to be in violation of release conditions by having used a controlled substance, fentanyl, on or about March 3, 2026.

On March 4, 2026, Ms. Prichard admitted to a United States probation officer to having used fentanyl on March 3, 2026. She signed a drug use admission form.

**Violation #4:** Ms. Prichard is alleged to be in violation of release conditions by having used a controlled substance, methamphetamine, on or about March 3, 2026.

On March 4, 2026, Ms. Prichard admitted to a United States probation officer to having used methamphetamine on March 3, 2026. She signed a drug use admission form.

PS-8

**Re: Prichard, Jennifer Cheri**
**March 4, 2026**
**Page 2**

## PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:     03/04/2026

by     s/Elizabeth Lee

Elizabeth Lee

U.S. Pretrial Services Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Alexander C. Ekstrom

Signature of Judicial Officer

3/4/2026

Date